COSCO HOME AND OFFICE PRODUCTS, Plaintiff–Appellant,

and

Feili Furniture Development Limited, Feili Group (Fujian) Co., Ltd., and New–Tec Integration (Xiamen) Co., Ltd., Plaintiffs,

v.

UNITED STATES, Defendant–Appellee,

and

Meco Corporation, Defendant–Appellee.

No. 05–1230.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2005.

Before NEWMAN, RADER, and BRYSON, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36